IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, CLAUDIA O. GUTIERREZ

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLAUDIA O. GUTIERREZ,<br><br>Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendants. | Case No.: CV 13-06893 SH<br><br>[~~PROPOSED~~] ORDER<br>AWARDING EAJA FEES<br><br><br>HON. STEPHEN J. HILLMAN<br>UNITED STATES MAGISTRATE<br>JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS ($4,500.00) for all legal services rendered by Plaintiff's attorney in this civil action under 28 U.S.C. §2412(d) and costs in the amount of FOUR HUDRED DOOLLARS ($400.00) under 28 U.S.C. §1920, and subject to the terms and conditions of the Stipulation.

DATED: 5/28/14

HON. STEPHEN J. HILLMAN
U.S. MAGISTRATE JUDGE